UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TOMMIE CLEVELAND,<br><br>    Plaintiff,<br><br>v.<br><br>TONI, et al.,<br><br>    Defendants. | Case No. 2:24-cv-02331-RFB-EJY<br><br>**ORDER** |

On April 15, 2025, the Court entered a Screening Order allowing certain of Plaintiff's claims to proceed. ECF No. 3. The case was stayed to allow the parties an opportunity to mediate; however, mediation was unsuccessful. ECF No. 7. On July 30, 2025, the Court entered an Order requiring the Nevada Attorney General to file a notice advising (1) for whom he would and would not accept service, and (2) for those he would or could not accept service, the individuals last known addresses at which service could be attempted. ECF No. 8. The last known address information was ordered to be filed under seal and without service on Plaintiff. *Id.*

On August 20, 2025, the Attorney General filed a Notice of Acceptance of Service on behalf of Defendant Bryant Vaughn. ECF No. 9. The Attorney General did not accept service on behalf of Defendants Toni, Rodriguez, Hernandez, and J. Alvarez because he could not "identify these Defendants based upon the allegations provided in the Complaint." *Id*. Without additional information, these individuals cannot be served.

Accordingly, IT IS HEREBY ORDERED that no later than **September 22, 2025**, Plaintiff must file with the Court a report providing as much information as possible describing or identifying Defendants Toni, Rodriguez, Hernandez, and J. Alvarez. Information that would be helpful in locating these individuals might include full first names, first initials, last names, badge numbers, job title, and or physical descriptions. If Plaintiff has a document on which the name of any of these Defendants appear, he should attach that piece of paper (not an entire document) to his filing.

Plaintiff is advised without additional information it will not be possible to identify the Defendants he names, which will prevent service and may lead to dismissal based on a failure to serve.

Dated this 22nd day of August, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2