UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TOMMIE CLEVELAND,<br><br>    Plaintiff,<br><br>    v.<br><br>TONI, et al.,<br><br>    Defendants. | Case No. 2:24-cv-02331-RFB-EJY<br><br>**ORDER** |

On September 29, 2025, the Court entered an Order requiring the Nevada Attorney General to file a notice advising the Court whether service is accepted on behalf of the unserved Defendants. ECF No. 13. As to any of the unserved Defendants for whom service is not accepted, the Attorney General's Office was required to file, under seal, but without serving Plaintiff, the last known address for each such Defendant. *Id.*

On October 29, 2025, the Attorney General filed a mistitled Notice of Acceptance of Service stating "[s]ervice is not accepted on behalf of Defendants Toni, Rodriguez, Hernandez, and J. Alvarez." ECF No. 22. The Attorney General also filed the last known addresses for these Defendants under seal. ECF No. 23.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court **must** issue four summonses for Toni McGee, Liuver Rodriguez-Marichal, Joe Alvarez-Perez, and Eduardo Hernandez and deliver the same to the U.S. Marshal's Office for service together with four copies of (1) this Order, (2) Plaintiff's Complaint (ECF No. 4), (3) the Court's Screening Order (ECF No. 3), and (4) the addresses for those Defendants filed under seal (ECF No. 23).

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff four (4) USM-285 forms together with a copy of this Order. Plaintiff **must** complete the USM-285 forms, to the best of his ability, for Defendants Toni McGee, Liuver Rodriguez-Marichal, Joe Alvarez-Perez, and Eduardo Hernandez and return the same to the U.S. Marshal by mail no later than **November 20, 2025**. The completed USM-285 forms may be mailed to:

Gary G. Schofield
U.S. Marshal, District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Blvd. S., Suite 2058
Las Vegas, Nevada 89101

IT IS FURTHER ORDERED that the U.S. Marshal **must** attempt service on Toni McGee, Liuver Rodriguez-Marichal, Joe Alvarez-Perez, and Eduardo Hernandez no later than **twenty-one (21) days** after receipt of the completed USM-285 forms from Plaintiff.

IT IS FURTHER ORDERED that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendants Toni McGee, Liuver Rodriguez-Marichal, Joe Alvarez-Perez, and Eduardo Hernandez may be subject to dismissal for failure to complete service of process under Fed. R. Civ. P. 4(m).

Dated this 30th day of October, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE