UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TOMMIE CLEVELAND,

　　　　Plaintiff,

　　v.

TONI, *et al.*,

　　　　Defendants.

Case No. 2:24-cv-02331-RFB-EJY

**ORDER**

Pending before the Court is Plaintiff's Motion for Appointment of Counsel.  ECF No. 42. After reviewing the Motion and the broader circumstances of this case, the Court finds appointment of counsel is merited.  The matter is referred to the Court's Pro Bono Program for appointment of counsel who is asked to assess this case for a potential motion seeking to amend Plaintiff's operative Complaint and whether to seek the reopening of discovery.  The Court anticipates such counsel will also represent Plaintiff through dispositive motion practice and a potential trial.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Appointment of Counsel (ECF No. 42) is GRANTED.

IT IS FURTHER ORDERED that this matter is referred to the Court's Pro Bono Program.

IT IS FURTHER ORDERED that that the Clerk of Court must assign a Pro Bono case flag to this matter.

IT IS FURTHER ORDERED that the Court defers to ruling on Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 41) until pro bono counsel has appeared and has had sufficient time to review the pleadings and discovery in this case to determine whether changes to the pending motion are appropriately made.

IT IS FURTHER ORDERED that the deadlines for the filing of dispositive motions and the joint pretrial order are VACATED.  Once pro bono counsel is appointed and appears, the parties must meet and confer regarding issues such as, but not necessarily including, amendment to the

1

pleading, reopening discovery, and the deadlines for dispositive motion practice and the filing of a joint pretrial order.

Dated this 4th day of May, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2